The People of the State of Illinois, defendant in error, v. William Davis, plaintiff in error. Gen. No. 37,993.

Opinion filed December 27, 1935. Rehearing denied January 7, 1936.

Samuel A. Aronfeld, for plaintiff in error; Elwyn E. Long, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Peter J. Norich, Jr., plaintiff in error. Gen. No. 38,119.

Opinion filed December 27, 1935.

James F. Lyons, for plaintiff in error; Elwyn E. Long, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

Nerses Bedrosian, appellee, v. Herman Schoenstadt and Henry Schoenstadt, trading as Piccadilly Hotel, appellants. Gen. No. 37,888.

Opinion filed December 27, 1935.

Reuben J. Feldman, for appellants. I. W. Kaufmann, for appellee; Morris H. Cohen, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Arthur J. Schmitt, appellant, v. J. Pilling Wright et al., appellees. Gen. No. 37,932.

Opinion filed December 27, 1935. Rehearing denied January 7, 1936.

Wisner, Davis & Walsh, for appellant. Rosen, Francis & Rosen, for appellees; John F. Rosen, of counsel.

Mr. Justice Hebel delivered the opinion of the court.